IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

CHARLES M. MURPHY, JR.,

    Plaintiff,

v.

Case No.: 05-2407 D

UNITED STATES OF AMERICA,

    Defendant.

---

ORDER DENYING MOTION TO RECUSE AND REASSIGNING CASE

---

Before the Court is Plaintiff's motion to recuse in this case. Upon thorough consideration of the Plaintiff's motion, statements and the record, the Court finds no basis for recusal. In fact, Plaintiff's allegations are completely lacking in merit.

Notwithstanding, because Plaintiff's attacks are highly venomous, this Court will direct the Clerk to reassign this case to another judge.

**IT IS SO ORDERED** this __17__ day of __June__, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02407 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Charles M. Muprhy
6539 Knight Arnold Rd. Ext.
Apt. #16
Memphis, TN 38115

Honorable Samuel Mays
US DISTRICT COURT