IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 JUN 21  PM 4: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

CHARLES M. MURPHY, JR.,

    Plaintiff,

VS.                                                     NO. 05-2407-MaP

UNITED STATES OF AMERICA,

    Defendant.

## ORDER OF RECUSAL

Judge Samuel H. Mays, Jr. hereby recuses himself from the above-referenced case and returns the file to the Clerk of Court for reassignment by random draw.

It is so ORDERED this 21st day of June, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02407 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Charles M. Muprhy
6539 Knight Arnold Rd. Ext.
Apt. #16
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT