*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY ___ *eg* D.C.

05 AUG -2 PM 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**CHARLES M. MURPHY, JR.,**

        **Plaintiff,**

v.

**UNITED STATES OF AMERICA,**

        **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 2:05-2407-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on August 1, 2005, this cause is hereby dismissed.

**APPROVED:**

**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

8| 2|05
**Date**

**THOMAS M. GOULD**

**Clerk of Court**

**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on *8-3-05*

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02407 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Charles M. Muprhy
6539 Knight Arnold Rd. Ext.
Apt. #16
Memphis, TN 38115

Honorable J. Breen
US DISTRICT COURT